UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CLINTON E. GREEN,<br><br>      Plaintiff,<br><br>vs.<br><br>BROOKE L. ROLLINS, Secretary,<br> U.S. Department of Agriculture,<br><br>      Defendant. | Case No. CV-23-76-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

 IT IS ORDERED AND ADJUDGED, Judgment is entered in favor of Defendant Brooke L. Rollins and against Plaintiff Clinton E. Green as stated in the Court's Findings of Facts and Conclusions of Law entered on July 29, 2025.

 Dated July 29, 2025.

          TYLER P. GILMAN, CLERK

          By: /s/ Emily M. Hamnes
          Emily M. Hamnes, Deputy Clerk